UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SHANNON MIMS, on behalf of herself       INDEX NO. 15-CV-7118
and others similarly situated,

          Plaintiff,

v.

ME'KONG DELTA, INC. d/b/a
REPUBLIC, JONATHAN MORR,
MICHAEL CALLAHAN, and HUY CHI
LE,
          Defendants.
-----------------------------------------------------------x



## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and as the Defendant has neither answered nor moved for summary judgment, the undersigned counsel on behalf of Plaintiff hereby voluntarily dismisses Plaintiff's claims against the Defendant.

Dated: New York, New York
       November 12, 2015

Respectfully submitted,

JOSEPH & KIRSCHENBAUM LLP

By: /s/ D. Maimon Kirschenbaum
D. Maimon Kirschenbaum
Denise A. Schulman
32 Broadway, Suite 601
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff*

So ordered
Sweet
USDJ
11·13·15

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-13-15